IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Jerome Cochran, #80634, | Civil Action No. 6:10-844-JFA-WMC |
| Plaintiff, | **REPORT OF MAGISTRATE JUDGE** |
| vs. | |
| Jon E. Ozmint, et al., | |
| Defendants. | |

This matter is before the court on the plaintiff's motion for default judgment. The plaintiff, a state prisoner proceeding *pro se*, filed this action pursuant to Title 42, United States Code, Section 1983, claiming denial of access to the courts and denial of due process.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983.

In his motion, the plaintiff claims that the complaint was filed on April 2, 2010, and was served on the defendants on the same date. However, a review of the docket shows that the summonses were just issued on May 18, 2010, and were forwarded to the United States Marshals Service on that same date for service on the defendants. Accordingly, the motion for default judgment (doc. 13) is meritless and should be denied.

s/William M. Catoe
United States Magistrate Judge

May 21, 2010

Greenville, South Carolina